SAMUEL P. HUNT, RESPONDENT, v. BOROUGH OF HADDON HEIGHTS, APPELLANT.

Submitted December 10, 1917—Decided January 31, 1918.

On appeal from the Supreme Court, whose opinion is reported in 90 *N. J. L.* 35.

For the respondent, *Cyrus D. Marter*.

For the appellant, *Jess & Rogers*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Garrison in the Supreme Court.

*For affirmance*—THE CHANCELLOR, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, HEP-PENHEIMER, WILLIAMS, TAYLOR, GARDNER, JJ.    13.

*For reversal*—None.